144 So. 461

### Ellis PELFREY v. STATE.

### 6 Div. 207.

Supreme Court of Alabama.

Nov. 10, 1932.

J. L. Stephenson, of Parrish, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, J.

Petition of Ellis Pelfrey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pelfrey v. State, 144 So. 461.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.